IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> KNOW YOUR OPTIONS, LLC, *d/b/a* ) <br> RCM WEALTH ADVISORS, TIMOTHY M. WEBB, ) <br> MICHAEL A. CAVANAUGH, MARC J. GRENS, and ) <br> WILLIAM C. GRIFFIS, ) <br> ) <br> Defendants. ) | **CASE NO. 15-CV-4648** <br><br><br> **JUDGE JAMES ZAGEL** |

## JUDGMENT ORDER

This matter coming to be heard on the Motion of Plaintiff, Wells Fargo Advisors, LLC, to Confirm Arbitration Award as to Defendant William C. Griffis (Dkt. No. 26), due notice having been given and the Court being fully advised, IT IS HEREBY ORDERED:

1. Plaintiff's Motion is granted and the arbitration award entered by the duly appointed arbitration panel on March 17, 2005, in the Financial Industry Regulatory Authority ("FINRA") proceeding captioned *Wells Fargo Advisors, LLC v. William Campbell Griffis,* Arbitration No. 13-03429, is confirmed.

2. Judgment is hereby entered in favor of Plaintiff and against Defendant Griffis, in the amount of $294,199.00, as to Count X of Plaintiff's Complaint (Dkt. No. 1), and the Court finds no just reason for delay of enforcement or appeal of this Judgment.

3. Plaintiff's right to recover post-judgment interest and attorneys' fees for post-judgment proceedings shall not be construed to have merged into this Judgment.

DATE: 7/30/15

ENTERED: *James B. Zagel*

_____
UNITED STATES DISTRICT COURT JUDGE

Order Prepared By
Christopher S. Griesmeyer (ARDC No. 6269851)
Mack H. Reed (ARDC No. 6287171)
GREIMAN, ROME & GRIESMEYER, LLC
200 West Madison, Suite 755
Chicago, Illinois 60606
Bus: (312) 428-2750
Fax: (312) 332-2781
cgriesmeyer@grglegal.com
mreed@grglegal.com